IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00336-GCM

| WILLIAM IVES CONSULTING, INC., | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| GUARDIAN IT SYSTEMS, LLC, MARK KULJIAN, THOMAS BRAME, VOLUNTEER CAPITAL GROUP, LLC, ERIC WENGER, | |
| Defendants. | |

**THIS MATTER IS BEFORE THE COURT** on the Motions for Admission *Pro Hac Vice* ("Motions") concerning John T. Lay, Jr. (Doc. No. 40), Lindsay A. Joyner (Doc. No. 41), and Jordan Crapps (Doc. 42).

Upon review and consideration of the Motions, which were accompanied by submission of the necessary fees, the Court hereby **GRANTS** the Motions.

In accordance with Local Rule 83.1(b), John T. Lay, Jr., Lindsay A. Joyner, and Jordan Crapps are admitted to appear before this court *pro hac vice* on behalf of Plaintiff William Ives Consulting, Inc.

**IT IS SO ORDERED**.

Signed: January 27, 2021

Graham C. Mullen
United States District Judge