IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19CV336-GCM

| | |
|---|---|
| WILLIAM IVES CONSULTING, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GUARDIAN IT SYSTEMS, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | ORDER |

This matter is before the Court upon its own motion. Pursuant to a discovery conference held in this case on February 9, 2021,

IT IS THEREFORE ORDERED that the discovery deadline is extended to March 26, 2021, and the dispositive motions deadline is extended to April 7, 2021.

Signed: February 22, 2021

Graham C. Mullen
United States District Judge